IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

Lance L. Hack,              )
          Movant,   )
vs.                         ) No. 04-0845-CV-W-FJG
                            ) Crim. No. 00-00415-01-CR-W-FJG
United States of America,   )
          Respondent. )

## JUDGMENT IN A CIVIL CASE

____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X** **Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that

respondent's motion to dismiss movant's 28 U.S.C. § 2255 claims (Doc. #9), filed November 29, 2004, is sustained, and this matter is dismissed.


June 28, 2005                       Patricia L. Brune
Date                                Clerk


                                     /s/ Rhonda Enss
                                   (by) Deputy Clerk